IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00880-REB-KLM

IVAN CORTEZ,

    Plaintiff,

v.

CHRISTOPHER FLORES,
THOMAS DECESARO, and
JONATHAN MCCLUSKEY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Combined Motion for Extension of Time to File Answer and to Vacate and Reset Scheduling Conference** [Docket No. 21; Filed October 8, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Defendants shall file an answer or other response to Plaintiff's Complaint **on or before November 8, 2013**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for November 12, 2013 at 10:00 a.m. is **CONVERTED** to a Status Conference.  At the Status Conference, the Scheduling Conference shall be reset to a later date, if necessary.

    Dated:  October 10, 2013