**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00880-REB-KLM

IVAN CORTEZ,

     Plaintiff,

v.

CHRISTOPHER FLORES,
THOMAS DECESARO, and
JONATHAN MCCLUSKEY,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter is before me on the **Stipulated Motion to Dismiss Defendants** [#24][1] filed November 7, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice, with each party to pay their own attorney fees and costs.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulated Motion to Dismiss Defendants** [#24] filed November 7, 2013, is **GRANTED**; and

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated November 7, 2013, at Denver, Colorado.

                               **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge