**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00880-REB-KLM

IVAN CORTEZ,

    Plaintiff,

v.

CHRISTOPHER FLORES,
THOMAS DECESARO, and
JONATHAN MCCLUSKEY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion to Dismiss Defendants** [#24][1] filed November 7, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice, with each party to pay their own attorney fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion to Dismiss Defendants** [#24] filed November 7, 2013, is **GRANTED**; and

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

  2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

  Dated November 7, 2013, at Denver, Colorado.

           **BY THE COURT:**

           *Bob Blackburn*
           Robert E. Blackburn
           United States District Judge